IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MICHAEL SLAGER,**

      Petitioner,

  v.

**ED SHELDON, WARDEN,**

**TOLEDO CORRECTIONAL INST.,**

      Respondent.

Case No. 2:11-cv-873

Judge Peter C. Economus

ORDER

    On July 1, 2013, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed.  Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

    The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**.  This action is hereby **DISMISSED.**

    IT IS SO ORDERED.

/s/ Peter C. Economus
UNITED STATES DISTRICT JUDGE